In the Matter of WALTER H. CHURCH, Appellant, against LEANDER A. BOUYEA, as Mayor of the City of Plattsburg, et al., Respondents.

(Argued May 26, 1936; decided July 8, 1936.)

*Patrick J. Tierney* for appellant.

*Harry P. Kehoe, Corporation Counsel*, for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.